IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEKISHA NICHOLAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR INC. and WAYFAIR LLC,<br><br>Defendants. | Case No. 19-cv-1974-JBW-LB |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Wayfair Inc. and Wayfair LLC hereby make the following dislcosures:

1. Wayfair Inc., a publicly traded company, has no corporate parent, and there is no publicly held corporation owning 10% or more of its stock.

2. Wayfair LLC is wholly owned by SK Retail, Inc., which in turn is wholly owned by Wayfair Inc.

| | |
|---|---|
| Dated:  June 5, 2019 | Respectfully submitted,<br><br> /s/ A. Katrine Jakola, P.C.   <br><br>A. Katrine Jakola, P.C.<br>Robert B. Ellis, P.C.<br>(*pro hac vice* application pending)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654<br>katie.jakola@kirkland.com<br>robert.ellis@kirkland.com<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>*Attorneys for Defendants*<br>*Wayfair Inc. and Wayfair LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2019 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ A. Katrine Jakola, P.C.*