# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

JOSHUA D. ARISOHN
Tel: 646.837.7150
Fax: 212.989.9163
jarisohn@bursor.com

July 12, 2019

**_Via ECF & FedEx Overnight Delivery_**

The Honorable Jack B. Weinstein
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Nicholas v. Wayfair, Inc., et al.*, Case No. 19-cv-01974-JBW-LB

Dear Judge Weinstein:

On June 28, 2019, the Court entered an Order (ECF Doc. 16) regarding the motion to compel arbitration (ECF Doc. 15) filed by Defendant Wayfair, Inc. directing the Parties to "fix the date for argument & arrange an appropriate briefing schedule with case coordinator, June Lowe, who will fix date of argument." Accordingly, the Parties have contacted Ms. Lowe and jointly propose the following schedule:

- Plaintiff's Response to the Motion due **July 29, 2019**;
- Defendant's Reply in further support of the Motion due **August 19, 2019**;
- Argument to be held on **August 26, 2019**.

The Parties accordingly request that the Court so-order the proposed briefing schedule and oral argument date.

Respectfully submitted,

Josh Arisohn

Joshua D. Arisohn

CC:     All counsel of record (via ECF)